# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation, | Case No.: 8:14-cv-00586-R-DFM<br>Honorable Manuel L. Real |
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| PHD MARKETING, INC., a California corporation, THAER AHMAD, an individual, JOHN KAMAR, an individual, SAMIR JABER, an individual, and DOES 1-20, inclusive, | |
| Defendants. | |
| And Related Counterclaims. | |

/ / /

Based on Plaintiff and Counter-Defendant, Starbuzz Tobacco, Inc., and Defendants and Counter-claimants, PhD Marketing, Inc., Thaer Ahmad, John Kamar, and Samir Jaber's (collectively, the "Parties") Stipulation for Dismissal with Prejudice, it is hereby ordered that:

1.	Pursuant to a settlement agreement entered into by the Parties, all claims and counterclaims are DISMISSED with prejudice, with each party bearing its own fees and costs.

2.	The Court shall retain jurisdiction with respect to the enforcement of the settlement agreement.

**IT IS SO ORDERED.**

DATED: November 3, 2014

Honorable Manuel L. Real
United States District Court Judge

**CERTIFICATE OF SERVICE**
CENTRAL DISTRICT OF CALIFORNIA
*Starbuzz v. PhD Marketing, Inc., et al.*:
Case No.: 8:14−cv−00586−R−DFM

The undersigned certifies that on October 30, 2014, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

                                                  s/ Natu J. Patel
                                                  Natu J. Patel